M. G. HOPPER, *Appellant,* v. WILMER M. LEARNED, *Appellee.*

No. 16,520.

Appeal from Stafford district court; JERMAIN W. BRINCKERHOFF, judge. Opinion filed May 7, 1910. Affirmed.

*Ray H. Beals,* for the appellant.
*Robert Garvin,* for the appellee.

*Per Curiam:* The appellant asks to have the judgment reversed upon the sole ground that the verdict was against the weight of the evidence. The action grew out of a horse trade, and the evidence was conflicting. The verdict is supported by competent and substantial testimony, and was approved by the trial court, and the judgment is therefore affirmed.

---

SUSIE A. STARR, *Appellant,* v. A. W. MAUPIN *et al.,* *Appellees.*

No. 16,523.

Appeal from Shawnee district court; ALSTON W. DANA, judge. Opinion filed May 7, 1910. Affirmed.

*J. S. Ensminger,* and *J. R. McNary,* for the appellant.
*D. H. Branaman,* for the appellees.

*Per Curiam:* Giving to the evidence the strongest interpretation of which it is susceptible in the plaintiff's favor, it is legally insufficent to establish want of legal capacity. This being true the action was barred by the statute of limitations. Likewise the charges of fraud and undue influence were not proved. Part of the rejected evidence was improper and the remainder was sufficiently covered by other questions and answers.

The judgment is affirmed.